OFFICE OF DISCIPLINARY COUNSEL *v.* TIMONERE.

[Cite as *Disciplinary Counsel v. Timonere* (1996), 74 Ohio St.3d 629.]

(No. 94–2646—Submitted November 8, 1995—Decided February 28, 1996.)

630

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*James M. Timonere, pro se.*

*Per Curiam.* Upon review of the record, we concur that respondent violated DR 1–102(A)(3) and (6). We also agree that respondent's egregious misconduct deserves the full measure of our disciplinary authority. Respondent is therefore ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.